USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Simpson,

           Plaintiff,

    –v–

Keyser,

           Defendant.

20-cv-6408 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On October 14, 2020, the Court ordered Petitioner to, within 60 days, either show cause why his claims challenging the imposition of his Bronx County sentences should not be transferred to the United States Court of Appeals for the Second Circuit as second or successive, submit written notification to the Court of his withdrawal of his remaining claims for § 2254 habeas corpus relief, or submit an amended petition for a writ of habeas corpus under § 2254 containing the information specified above.  Dkt. No. 8.  Petitioner has not done so.  Petitioner is granted another 30 days to comply with the instructions in the order.  Failure to comply may result in dismissal for failure to prosecute.

    SO ORDERED.

Dated: January 7, 2021
       New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge