```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Simpson,

                Petitioner,

    –v–

Keyser,

                Respondent.

20-cv-6408 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On October 14, 2020, the Court ordered Petitioner to, within 60 days, either show cause why his claims challenging the imposition of his Bronx County sentences should not be transferred to the United States Court of Appeals for the Second Circuit as second or successive, submit written notification to the Court of his withdrawal of his remaining claims for § 2254 habeas corpus relief, or submit an amended petition for a writ of habeas corpus under § 2254 containing the information specified above. Dkt. No. 8. Petitioner has not done so. Petitioner is granted another 45 days from the date of this Order to comply with those instructions. Failure to comply may result in dismissal for failure to prosecute.

    The Clerk is respectfully directed to mail a copy of this Order to the Defendant and note the mailing on the public docket.

    SO ORDERED.

Dated: February 15, 2021
       New York, New York

                                              _____
                                              ALISON J. NATHAN
                                              United States District Judge