USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Simpson,<br><br>                    Petitioner,<br><br>         –v–<br><br>Keyser,<br><br>                    Respondent. | 20-cv-6408 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

On October 14, 2020, the Court ordered Petitioner to, within 60 days, either show cause why his claims challenging the imposition of his Bronx County sentences should not be transferred to the United States Court of Appeals for the Second Circuit as second or successive, submit written notification to the Court of his withdrawal of his remaining claims for § 2254 habeas corpus relief, or submit an amended petition for a writ of habeas corpus under § 2254 containing the information specified above. Dkt. No. 8. Petitioner has not done so. Petitioner is granted another 45 days from the date of this Order to comply with those instructions. Failure to comply may result in dismissal for failure to prosecute.

The Clerk is respectfully directed to mail a copy of this Order to Petitioner and note the mailing on the public docket. The Clerk is also directed to strike docket entry 10, which was issued with an error.

SO ORDERED.

Dated: February 25, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge