USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Simpson,

          Petitioner,

–v–

Keyser,

          Respondent.

20-cv-6408 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On October 14, 2020, the Court ordered Petitioner to, within 60 days, either show cause why his claims challenging the imposition of his Bronx County sentences should not be transferred to the United States Court of Appeals for the Second Circuit as second or successive, submit written notification to the Court of his withdrawal of his remaining claims for § 2254 habeas corpus relief, or submit an amended petition for a writ of habeas corpus under § 2254 containing the information specified above. Dkt. No. 8. After Petitioner failed to respond, the Court granted Petitioner another 45 days to comply with those instructions. Dkt. No. 11. Plaintiff still has not responded. However, the Court is informed that Petitioner has recently updated his address. Petitioner is given another 60 days from the date of this Order to comply with the Court's instructions. The Clerk of Court is respectfully directed to mail a copy of this Order and the Court's October 14, 2020 Order (Dkt. No. 8) to Petitioner and note that mailing on the public docket.

SO ORDERED.

Dated: May 20, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1